IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| Sentinel Investment Fund SPC (in ) | |
| Official Liquidation), ) | Case No. 18-24669-RAM |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Michael Pearson, in his capacity as Liquidator and Foreign Representative of Sentinel Investment Fund SPC (in Official Liquidation) by and through his counsel, herby files this statement in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and states as follows:

- Vanguardia Group Inc. owns 100% of the equity interests of Sentinel Investment Fund SPC.

Dated: November 28, 2018.
Miami, Florida

    EFR LAW FIRM

    /s/ Eduardo F. Rodriguez
    Eduardo F. Rodriguez (Florida Bar No. 36423)
    1548 Brickell Avenue
    Miami, Florida 33129
    (305) 340-0034 (telephone)

    ALSTON & BIRD LLP

    William S. Sugden (*pro hac vice pending*)
    Jonathan T. Edwards (*pro hac vice pending*)
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    (404) 881-7000 (telephone)

    *Attorneys for the Foreign Representatives*